NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TRACY ALLAN PETHTEL, JR.,          )
                                   )
            Appellant,             )
                                   )
v.                                 )     Case No. 2D20-913
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed September 30, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Tracy A. Pethtel, pro se.


PER CURIAM.

            Affirmed.


SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.